IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------- :
UNITED STATES OF AMERICA :
: CASE NO.  1:09CR34-02
                    Plaintiff :
:
    -vs- :
:
VINCENT PISANO : ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT AND NOTICE OF
                    Defendant : HEARING
---------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Vincent Pisano which was referred to the Magistrate Judge with the consent of the parties.

On 25 March 2009, the government filed a one-count indictment against Vincent Pisano for conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h). On 26 March 2009, a hearing was held in which Vincent Pisano entered a plea of not guilty before Magistrate Judge McHargh. On 27 August 2009, Magistrate Judge McHargh received Vincent Pisano's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Vincent Pisano is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Vincent Pisano is adjudged guilty of Count One in violation of 18 U.S.C. § 1956(h).

Sentencing will be:

> **12 November 2009 at 10:30 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 9/17/09

UNITED STATES DISTRICT JUDGE